FILED
96 SEP 23 PM 4:01
CLERK
MIDDLE ...

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTIAN ESQUINO,<br>Defendant. | Case No. 90-163-Cr-Orl-19<br><br>DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION TO TERMINATE PROBATION EARLY |

Joseph Milchen, counsel for defendant Christian Esquino, submits the following statement in support of defendant's motion for early termination of probation.

I am an attorney duly admitted to the Bar of the State of California, and duly admitted to the Bar of this Honorable Court or purposes of this case. I represent Christian Esquino in this case.

**Jurisdictional History of the Case**

Chrisitan Esquino was arrested in this case in April, 1991. The indictment charges acts that had occurred in 1986. Since the date of his arrest until sentence was imposed on August 23, 1993, Esquino was

FRANK & MILCHEN
ATTORNEYS AT LAW
136 REDWOOD STREET
SAN DIEGO
CALIFORNIA 92103
(619) 574-1888

699

supervised by Pre-Trial Services.

On August 30, 1993 Esquino was sentenced to a "split sentence" under the law that applied prior to the Guidelines. He was given a term of five (5) years to serve, on the condition that he serve the first six (6) months in a jail-type institution. Executed of the balance of the sentence was suspended, and he was placed on probation for a term of three (3) years. He was granted a stay of execution of the sentence to September 24, 1993. The Judgment in a Criminal Case was filed on September 15, 1993.

On September 24, 1993 he surrendered to the Federal Prison Camp at Boron, California. He was released from that facility on Friday, February 4, 1994. He reported immediately to the Probation Office in San Diego, and has been supervised through that office since his release.

As of the date of this pleading, he will have been under Pre-Trial Supervision or Probation Supervision for a period of 5 years and 5 months in this matter. He has completed two (2) years and eight and one-half months (8 1/2) months, or 32 1/2 months of the 36 month probationary term, which is 90% of his probation.

**Defendant's Performance While on Supervision**

Defendant continues to be engaged in the business of purchasing and selling aircraft. His marriage continues and his daughter Paulina is now

FRANK & MILCHEN
ATTORNEYS AT LAW
136 REDWOOD STREET
SAN DIEGO
CALIFORNIA 92103
(619) 574-1888

three and one-half years old. Defendant and his family continue to reside at the same location that he has occupied since his arrest in this matter back in April, 1991.

Defendant has not encountered any difficulties while on probation.

## Conclusion

It is respectfully requested that defendant's probation be terminated early.

Dated: September 18, 1996

Respectfully submitted,

[signature]

Joseph Milchen
Frank & Milchen
Attorneys for Defendant
Christian Esquino

FRANK & MILCHEN
ATTORNEYS AT LAW
136 REDWOOD STREET
SAN DIEGO
CALIFORNIA 92103
(619) 574-1888