UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

96 OCT -9 PH 4: 15

UNITED STATES OF AMERICA

v.                                        Case No.    90-163-Cr-Orl-19

CHRISTIAN ESQUINO

_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S
## MOTION TO TERMINATE PROBATION EARLY

COMES NOW the United States of America, by and through its undersigned

Assistant United States Attorney, and files the following response to defendant's

Motion To Terminate Probation Early:

Ms. Laura Bates of the United States Probation Office in San Diego,

California, has communicated to the undersigned that she objects to early termination

of defendant's probation in this case.

THEREFORE, the government prays defendant's motion be denied.

CHARLES R. WILSON
United States Attorney

By_____
Cynthia Hawkins Collazo
Assistant United States Attorney
Florida Bar No. 305049
201 Federal Building
80 North Hughey Avenue
Orlando, Florida  32801
407/648-7500
FAX:  407/648-7643

701

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail delivery this 9th day of October, 1996, to Joseph Milchen, Esquire, 136 Redwood Street, San Diego, California 92103.

_____
Assistant United States Attorney

2